NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Gabe P. Wright  Bar No. 208647
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, CA  92101
(619) 239-8131/FAX (619) 238-8707
gwright@klinedinstlaw.com

ATTORNEYS FOR : Defendant Collection Bureau of America, Ltd.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

GEVORK GRIGORYAN

Plaintiff(s),

v.

COLLECTION BUREAU OF AMERICA, LTD. , et al.

Defendant(s)

CASE NUMBER:

CV-12-0360 RGK (FFMx)

**CERTIFICATION AND NOTICE**
**OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:     THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  COLLECTION BUREAU OF AMERICA, LTD.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|-------|-----------|
| (List the names of all such parties and identify their connection and interest.) | |
| CNA Insurance | Insurer for Collection Bureau of America, Ltd. |

March 8, 2012

Date

/s/ Gabe P. Wright

Sign

Gabe P. Wright

Attorney of record for or party appearing in pro per
Collection Bureau of America, LTD.

CV-30 (04/10)                    NOTICE OF INTERESTED PARTIES



American LegalNet, Inc.
www.FormsWorkFlow.com