UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-00360-RGK (FFMx) | Date | April 17, 2012 |
|---|---|---|---|
| Title | Gevork Grigoryan v. Collection Bureau of America Ltd et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| R. Neal for Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS)** Defendant's Motion to Dismiss Plaintiff's First through Fourth Causes of Action (DE 14)

The Court hereby advises counsel that the above-referenced motion, noticed for hearing on April 23, 2012, has been taken **under submission** and off the motion calendar. **No appearances by counsel are necessary**.  The Court will issue a ruling after full consideration of properly submitted pleadings.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | slw |